IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PAUL JONES CRUM, JR.,

    Plaintiff,

v.                                                           Civil Action No. 3:19CV933

MS. GAIL A. BALL,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 13, 2020, the Court conditionally docketed Plaintiff's action. On February 10, 2020, the United States Postal Service returned the January 13, 2020 Memorandum Order to the Court because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                           /s/
                                                   M. Hannah Lauck
                                                   United States District Judge

Date: **March 06, 2020**
Richmond, Virginia